UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM GERICS,

    Plaintiff,

v.

ALEX TREVINO, ET AL.,

    Defendants.
_____/

Case No. 15-cv-12922

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

**JUDGMENT ON JURY TRIAL**

    This matter was tried before a jury beginning on July 30, 2019 with Judge Gershwin A. Drain presiding. The matter was submitted to the jury for deliberation on August 1, 2019, and a verdict was reached the same day. In accordance with the verdict rendered by the jury in this matter, IT IS ADJUDGED that:

1. Judgment is entered in favor of Defendant Joseph Hall and against Plaintiff on Count I (Retaliatory Arrest, 42 U.S.C. § 1983), Count II (Unlawful Arrest, 42 U.S.C. § 1983), Count III (Excessive Force, 42 U.S.C. § 1983), and Count IV (Unlawful Seizure, 42 U.S.C. § 1983) of the Complaint (Dkt. No. 36).

2. Judgment is entered in favor of Defendant Bobby Fowlkes and against Plaintiff on Count III (Excessive Force, 42 U.S.C. § 1983) of the Complaint (Dkt. No. 36).

Dated: August 2, 2019

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 2, 2019, by electronic and/or ordinary mail.

s/Teresa McGovern
Case Manager